IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOE W. KING, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:09cv512-CSC |
| ) | (WO) |
| J.A. KELLER, ) | |
| ) | |
| Respondent. ) | |

**O R D E R**

On August 12, 2009, the court entered a Report and Recommendation in this case. On August 21, 2009, the parties consented to the Magistrate Judge entering final judgment in this case. Accordingly, it is

ORDERED that this court's Report and Recommendation entered on August 12, 2009, be and is hereby WITHDRAWN.

Done this 25th day of August, 2009.

/s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE